UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re<br>Andrew J. Bryan<br>      Debtor(s) | Chapter 7<br>No. 09-41802-MSH |

TRUSTEE'S MOTION FOR AUTHORITY TO MAKE INTERIM DISTRIBUTION

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

Now comes David M. Nickless, the duly appointed Trustee in the above matter (hereinafter the Trustee), and respectfully represents that:

1. Andrew J. Bryan (hereinafter the Debtor) filed a petition for relief under Chapter 7 of the Bankruptcy Code on May 8, 2009.

2. David M. Nickless was appointed Trustee shortly thereafter.

3. On the date of filing, the Debtor held vested options to purchase 7,000 shares of Fortinet, Inc. (hereinafter Fortinet).

4. On September 2, 2010 the Court allowed the Trustee's Motion for Order Authorizing and Approving the Exercise of Up to 7,000 Stock Options and Concurrent Sale of Stock in Fortinet, Inc.

5. Pursuant to that order the Trustee, after exercise of 3,500 options, sold the underlying shares of stock at the then market price of approximately $20.88 a share. After payment of the exercise price and brokerage commissions, the sale of stock generated net proceeds of $65,205.20.

6. The Debtor listed total unsecured obligations of $75,715.01 on Schedule F of his Bankruptcy Petition.

7. The Trustee obtained a bar date in 2009 establishing September 17, 2009 as the last day for creditors to file a claim.

8. Nine creditors timely filed proofs of claim in the total amount of $44,610.62, which includes the secured claims of the Hudson Power & Light Dept. in the amount of $629.55 and the Hudson Water Dept. in the amount of $514.01.

9. The Trustee conducted a review of each of the nine claims and has no objection any of the filed claims. The Trustee has also provided the Debtor an opportunity to object to each of the filed claims, and the Debtor has chosen not to do so.

10. The accountant engaged by the Trustee to prepare federal and state income tax returns has been asked to complete the returns in the immediate future so that they can be forwarded to the Internal Revenue Service and the appropriate state taxing authority(s) for review and allowance. Based on conversations with the accountant, the Trustee believes the tax obligations of the bankruptcy estate will be minimal.

11. The funds on hand, including $3,000 paid by Citibank in satisfaction of a potential preferential transfer claim are more than sufficient to pay timely filed claims in full with interest as provided by the Bankruptcy Code as well as total expected administrative fees.

12. If the Trustee is required to pay additional taxes or creditors file claims late, the estate continues to hold over 3,500 stock options which, at the current listed price on the NASDAQ Stock Exchange of $24.00 a share, would generate over $65,000 in additional funds that could be used to pay the tax obligations, administrative obligations, and any late-filed claims.

13. Payment now of the obligations owed to those creditors who have timely filed claims will terminate the continuing accrual of interest on those claims. Nothing justifies further delay in making the interim distribution.

WHEREFORE David M. Nickless, Trustee, prays that he be authorized to make an interim distribution by immediately making payment to all creditors who have timely filed proofs of claim in full with interest.

        David M. Nickless, Trustee
        By his attorney,


        /s/ Susan H. Christ
        Susan H. Christ, Esq.
        Nickless, Phillips and O'Connor
        625 Main Street
        Fitchburg, MA 01420
        (978) 342-4590
        BBO No. 664354
        schrist.nandp@verizon.net

## CERTIFICATE OF SERVICE

I, Susan H. Christ, do hereby certify that I will immediately upon receipt of the notice of electronic service, serve a copy of the within pleading by mailing the same to any of the parties listed on the attached Service List not noted as having received electronic service.

Dated: September 23, 2010        /s/ Susan H. Christ
                                                  Susan H. Christ

SERVICE LIST

United States Trustee
446 Main Street
Worcester, MA 01608

Andrew Bryan
125 Peony Ct.
Bradenton, FL 34212
*Debtor*

A. Rebecca Murray, Esq.
Harmon Law Office
PO Box 610345
Newton Highlands, MA 02461
*Counsel to America's Servicing Company*

Fortinet, Inc.
Attention: Ken Xie, CEO
1090 Kifer Road
Sunnyvale, CA 94086

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Honorable Ken Burton, Jr.
Manatee County Tax Collector
P.O. Box 25300
819 301 Boulevard West
Bradenton, FL 34206-5300

Troy D. Morrison, Esq.
Morrison Rousseau, LLP
255 Park Avenue, Suite 702
Worcester, MA 01609
*Counsel to Debtor*

Mitchell J. Levine, Esq.
Nair & Levine
707 Bloomfield Ave
Bloomfield, CT 06002
*Counsel to JP Morgan Chase*

Fortinet, Inc.
Attention: John Whittle, General Counsel
1090 Kifer Road
Sunnyvale, CA 94086

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

CONTINUED . . .

America's Servicing Company
MAC# X2505-01D
Des Moines, IA 50328

America's Servicing Company
PO Box 1820
Newark, NJ 07101

Amica Mutual Insurance Company
PO Box 9128
Providence, RI 02940-9128

Chase Auto Finance
PO Box 78067
Phoenix, AZ 85062-8067

CHASE BANK USA
PO BOX 15145
WILMINGTON, DE 19850

Chase Bank USA, N.A.
PO Box 15153
Wilmington, DE 19886-5153

Citi Card Mastercard
PO Box 6241
Sioux Falls, SD 57117

Digital Federal Credit Union
220 Donald Lynch Blvd.
Marlborough, MA 01752

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

Discover Card Services
PO Box 6103
Carol Stream, IL 60197-6103

EMC Mortgage Corp.
PO Box 660753
Dallas, TX 75266-0753

Home Depot Credit Services
Processing Services
Des Moines, IA 50364-0500

Hudson Light & Power Department
49 Forest Ave.
Hudson, MA 01749

JPMorgan Chase Bank NA
c/o Law Offices of Nair & Levin P.C.
707 Bloomfield Ave.
Bloomfield, CT 06002

Macy's
PO Box 689195
Des Moines, IA 50368-9195

Mortgage Electronic Registration Systems, Inc.
1595 Spring Hill Road #310
Vienna, VA 22182

Nelnet, Inc.
P Box 2970
Omaha, NE 68103-2970

PYOD LLC its successors and assigns as assignee of
Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-

Town of Hudson
Collector of Taxes
78 Main St.
Hudson, MA 01749

Town of Hudson Water Dept.
C/O Town Collector
78 Main St.
Hudson, MA 01749

U.S. Department of Eductation
Direct Loans
PO Box 242800
Louisville, KY 40224-2800

United States Department of Education
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403-5609

Verizon Wireless
P.O. Box 1
Worcester, MA 01654-0001

Wilton Reasurance Life Company of New York
PO Box 305136
Nashville, TN 37230-5136

Windham Professionals, Inc.
PO Box 1048
Salem, NH 03079-1048